UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Francisco Gutierrez,<br>1301 Massachusetts Avenue, N.W.,<br>Apt. 604<br>Washington, DC  20005<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT MUELLER, Director of the Federal Bureau of Investigation; JONATHAN SCHARFEN, Acting Director of United States Citizenship and Immigration Service; GREG CHRISTIAN, District Director of United States Citizenship and Immigration Services; DEPARTMENT OF JUSTICE; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case No.:<br><br>COMPLAINT FOR REVIEW OF APPLICATION FOR NATURALIZATION PURSUANT TO INA § 336(b) |

1.    This is a lawsuit brought by Francisco Gutierrez, to obtain naturalization by this court pursuant section 336(b) of the Immigration and Naturalization act, 8 U.S.C. § 1447(b) and mandamus to compel the Defendants to complete any required background checks.  The United States Citizenship and Immigration Services (CIS) conducted the naturalization interview of Mr. Gutierrez on November 18, 2002.  Mr. Gutierrez meets all of the statutory eligibility requirements for citizenship.  There has been a delay of more

than five years after his interview. This court has exclusive jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b), to make a determination on his application for naturalization because it is more than 120 days after the naturalization interview. Plaintiff requests that this Court review his application for naturalization de novo and order that his naturalization application be approved.

## PARTIES

2.   Plaintiff is a lawful permanent resident of the United States of America. Mr. Gutierrez resides in the District of Columbia.

3.   Michael B. Mukasey, Attorney General of the United States, has been conferred the authority to naturalize persons as citizens of the United States by INA § 310(a) 8 U.S.C. § 1421(a), and is sued here in his official capacity.

4.   Michael Cherthoff is the Secretary of the Department of Homeland Security ("DHS"). As of March 1, 2003, DHS is the agency responsible for implementing the Immigration and Nationality Act. Within DHS, the United States Citizenship and Immigration Service is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens. Defendant Chertoff is sued in his official capacity.

5.   Robert Mueller is the Director of the Federal Bureau of Investigation, a component of the Department of Justice, and is sued in his official capacity. The FBI has responsibility to complete certain name checks, security checks, and other background checks for CIS and other federal agencies.

6.   Jonathan Scharfen is the Acting Director of United States Citizenship and Immigration Services. Mr. Scharfen is sued in his official capacity.

7. Mr. Greg Christian District Director for the Washington District of the U.S. Citizenship and Immigration Services of the Department of Homeland Security. Mr. Christian has been delegated authority to adjudicate applications for naturalization within the Washington District. Mr. Christian is sued in his official capacity.

8. Defendant Department of Justice is the agency of the United States government that, under the direction of the Attorney General, has authority to conduct background checks and security checks for individuals who are applying for naturalization.

9. Defendant Department of Homeland Security is the agency of the United States government that is responsible for implementing the citizenship provisions of the law.

10. Defendant United States Citizenship and Immigration Services ("USCIS") is the component of DHS that is responsible for processing and adjudicating the applications for citizenship of permanent residents.

11. Defendant Federal Bureau of Investigation is the federal agency with responsibility to complete certain background checks, security checks, and other background checks for USCIS and other federal agencies.

**JURISDICTION**

12. This Court has jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b) (jurisdiction over naturalization applications where there has been a delay of over 120 days after the naturalization interview); 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1361 (mandamus); 28 U.S.C. § 2201 (Declaratory Judgment Act); 5 U.S.C. § 701 (Administrative Procedures Act).

## VENUE

13. Venue in the District for the District of Columbia is appropriate pursuant to INA §336(b), 8 U.S.C. § 1447(b) because Plaintiff resides within the District of Columbia , and his naturalization application is being adjudicated within this district. His citizenship interview was conducted at the Washington District Office of USCIS.

## STATEMENT OF FACTS

14. Plaintiff is a native and citizen of Peru.

15. Plaintiff was admitted to lawful permanent residency in the United States on November 29, 1995. He has resided continuously in the United States since he obtained lawful permanent resident status.

16. Plaintiff currently works as a Business Agent for UNITE HERE Local 25 in the District of Columbia.

17. On December 17, 2001, Plaintiff filed an application for naturalization with the Immigration and Naturalization Service.

18. Plaintiff has been fingerprinted for purposes of a background check on at least two occasions. The first occurred in May, 2002. The second on or about August 4, 2006.

19. Plaintiff appeared for the examination of his application for naturalization on November 18, 2002 at the Washington USCIS Office. He passed the English, history and government tests and was found to meet the residence requirements for citizenship. He possesses good moral character for the five year period prior to his application and to the present. He meets all of the eligibility requirements for citizenship.

20. According to statements of USCIS, Plaintiff's Application for Naturalization is still pending due to outstanding background security checks. More than five years have elapsed since the naturalization interview and no action has been taken by USCIS of Mr. Gutierrez's application for naturalization.

21. Plaintiff has exhausted all administrative remedies. He has the right to obtain this Court's *de novo* judicial review pursuant to INA § 310(c), 8, U.S.C. § 14219(c), and to request a hearing.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Francisco Gutierrez respectfully requests that this Court:

1. Assume jurisdiction over the matter;

2. Find that Defendant FBI has unreasonably and unlawfully delayed in completing the necessary background checks in a timely manner, and has unreasonably and unlawfully delayed in providing the results of background checks to the USCIS.

3. Direct that the FBI complete and all necessary name checks or other background or security checks within 30 days, and promptly provide the results to USCIS;

4. Review *de novo* Plaintiff's application for naturalization, determine that he meets all the requirements for citizenship, grant him naturalization, and direct that USCIS promptly schedule an oath ceremony and issue his Certificate of Citizenship;

5. If necessary, order that a hearing take place concerning his application of naturalization;

6. Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act; and

      7.  Grant any and all further relief this Court deems just and proper.


      Dated this ____ day of June, 2008

                                        By: /s/ James L. Heiberg_____
                                        James L. Heiberg
                                        Attorney for Francisco Gutierrez

REGAN ASSOCIATES, CHARTERED


/s/ James L. Heiberg_____
James L. Heiberg, Esq.
DC Bar No.:  442769
1003 K Street, N.W., Third Floor
Washington, DC  20001
Tel:  (202) 393-6000
Fax:  (202) 393-4706

E
08-1109
ESH

CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Francisco Gutierrez | Michael B. Mukasey, Attorney General of the United States, et. al. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **1101** (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Regan Associates, Chartered
1003 K Street, NW Suite 300
Washington, DC 20001 (202) 393-6000

Case: 1:08-cv-01109
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/26/2008
Description: General Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* |||||
|---|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act | |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 USC 1447(b) & Section 336(b) of the I.N.A.
Petition for Review of Application for Naturalization

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☐ YES    ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction) ☐ YES ☒ NO    If yes, please complete related case form.

DATE 6/26/08    SIGNATURE OF ATTORNEY OF RECORD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.